UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                           Case No. 09-mc-3-PB

<u>Garth W. Halliday</u>

### O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Muirhead dated April 6, 2009, no objection having been filed.

The taxpayer, Garth W. Halliday, is ordered to obey the summons and appear on June 8, 2009 at 9:30 a.m. at 80 Daniel Street, Portsmouth, New Hampshire, before Andrea L. Mahoney, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of October 6, 2008.

It is further ordered that the government be awarded its costs.

SO ORDERED.


Date:   May 19, 2009                    /s/ Paul J. Barbadoro
                                                Paul J. Barbadoro
                                                United States District Judge


cc:   Michael T. McCormack, AUSA
       Garth W. Halliday